**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 10, 2011 |
| Court Reporter: Janet Coppock | Time: one hour and 15 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  10-CR-00501-PAB-01**

Parties                                                    Counsel

**UNITED STATES OF AMERICA,**                Jaime Pena
                                                               Postal Inspector Edward Kljunich

      Plaintiff,

vs.

**1.  DAVID FERREE,**                             Mark Burton


      Defendant.

---

**MOTIONS HEARING**

---

**2:03 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**Defendant's Motion to Suppress Statements and Any Further Evidence Obtained
Due to Illegal and Unconstitutional Governmental Conduct (Doc #54), filed 2/14/01**

**2:06 p.m.**     Direct examination of Government's witness Postal Inspector Edward
                      Kljunich by Mr. Pena.

**2:17 a.m.**     Cross examination by Mr. Burton.

Page Two
10-CR-00501-PAB-01
March 10, 2011

Witness excused.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion to Suppress Statements and Any Further Evidence Obtained Due to Illegal and Unconstitutional Governmental Conduct (Doc #54), filed 2/14/01, is **DENIED.**

Court and counsel discuss pending motions.

**ORDERED:**  Defendant's Motion For Discovery (Doc #25), filed 10/6/10, is **WITHDRAWN.**

**ORDERED:**  Defendant's Motion for Disclosure of 404(b) Evidence and 609, Federal Rules of Evidence (Doc #51), filed 2/14/11, is **DEEMED MOOT**.

**ORDERED:**  Defendant's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc #52), filed 2/14/11, is **DENIED as MOOT.**

**ORDERED:**  Defendant's Motion for Early Disclosure of Jenks Material (Doc #53), filed 2/14/11, is **DENIED as MOOT.**

**Defendant's Motion to Sever Defendant Based Upon Statements (Doc #55), filed 2/14/11.**

**2:51 p.m.**   Argument by Mr. Burton.

**3:52 p.m.**   Argument by Mr. Pena.

**ORDERED:**  Defendant's Motion to Sever Defendant Based Upon Statements (Doc #55), filed 2/14/11, is **DENIED as MOOT**.

**ORDERED:**  Defendant's Motion for Notice of Intent to Call Expert Witnesses and Discovery Pursuant to Rules 702, 703, or 705, F.R.E., and 16(a)(1)(D) and (E), Fed.R.Crim.P. (Doc #56), filed 2/14/11, is **DEEMED MOOT**.

**Defendant's Ferree's Motion for Relief From Prejudicial Joinder of Offenses (Doc #58), filed 2/14/11**

**2:58 p.m.**   Argument by Mr. Burton.  Questions by the Court.

Page Three
10-CR-00501-PAB-01
March 10, 2011

**3:04 p.m.**      Argument by Mr. Pena.  Questions by the Court.

**ORDERED:**   Defendant's Ferree's Motion for Relief From Prejudicial Joinder of
Offenses (Doc #58), filed 2/14/11, is **DENIED.**

**ORDERED:**   Bond continued.

**3:18 p.m.**      **COURT IN RECESS**

**Total in court time:**        **75 minutes**

**Hearing concluded**